IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| ROGER UVALLE, | § | |
| TDCJ No. 625717, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-2647 |
| | § | |
| ERNESTINE JULYE, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED.

SIGNED at Houston, Texas, on this 5th day of August, 2005.

_____
DAVID HITTNER
United States District Judge